IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| EDWARD H. BLOME,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINER,<br>and CHARLES DENDY,<br><br>　　　　　Defendants. | CV-07-45-BLG-RFC-CSO<br><br>**ORDER** |

On June 6, 2007, the Court issued an Order to Show Cause in this case. See *Court's Doc. No. 23*. In that Order, the Court ordered Plaintiff Edward H. Blome to appear <u>in person</u> on June 14, 2007, at 2:00 p.m., to show cause, if any, why the Court should not recommend that this case be dismissed for failure to prosecute and for failure to comply with Court orders.

On June 12, 2007, Blome filed "Plaintiffs' Apology to the Court". See *Court's Doc. No. 24*. In his document, Plaintiff:

> [O]ffers his apology to the court for his failure
> to appear for the Preliminary Pre-Trial Conference
> on June 6, 2007. Plaintiff's failure to comply
> with the court's order was not willful or in bad
> faith.

He offers no reason for his failure to appear at the June 6th preliminary pretrial conference, nor does he explain his failure

-1-

to respond substantively to Defendants' attempt to formulate a discovery plan for this case.

Plaintiff <u>must</u> appear in person before the Court at the scheduled hearing.  Accordingly,

**IT IS HEREBY ORDERED** that:

(1) Blome shall appear before the Court, **<u>in person</u>**, on **Thursday, June 14, 2007, at 2:00 p.m.**, in Courtroom III of the Battin Federal Building, 316 North 26th Street, Billings, Montana.

(2) Defendants' counsel may appear for the hearing by telephone.  The Court will initiate the call to Defendants' counsel at (701) 222-1170, ext. 203.

(3) <u>The Clerk's office shall immediately notify Blome of this order by telephone at (406) 256-7653, and if possible, by fax.</u>

DONE and DATED this 13th day of June, 2007.

                                                **/S/** <u>Carolyn S. Ostby</u>
                                                Carolyn S. Ostby
                                                United States Magistrate Judge